EOD
04/15/2013

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JENNIFER PEPPER TALLEY | § | CASE NO. 10-40624-R |
| XXX-XX-8603 | § | |
| 4144 GRASSMERE LANE | § | CHAPTER 13 |
| UNIT 1 | § | |
| DALLAS, TX 75205 | § | |
| | § | |
| DEBTOR | § | |

### ORDER DISMISSING CHAPTER 13 CASE WITH RETENTION OF JURISDICTION

Came on for consideration this day the above captioned case wherein the Court found it had previously entered an Agreed Order on Trustee's Motion to Dismiss, thereby granting the Debtor additional time to bring the Chapter 13 Plan payments current and remain current on the plan payments until the case is completed, including any payment(s) provided in modification(s) to the plan entered subsequent thereto. Upon due consideration of this matter, the Court finds that the Standing Chapter 13 Trustee has submitted this Order of Dismissal, along with her certification that the Debtor has failed to comply with the Court's previous order and that this case should accordingly be dismissed without further motion.

The Court also recognizes that a Motion for Administrative Expenses, or an equivalent thereof, filed by the Debtor's attorney is currently pending before the Court or may be filed within the next fourteen (14) days. Accordingly, pursuant to the authority expressed in *Querner v. Querner (In re Querner)*, 7 F.3d 1199 (5th Cir. 1993), the Court finds that just cause exists for the entry of the following order.

It is therefore ORDERED, ADJUDGED and DECREED that this Chapter 13 proceeding is hereby DISMISSED; provided, however, that this case shall remain open and the Court shall retain jurisdiction to entertain and to determine all requests for relief, whether raised sua sponte or by any party in interest, pertaining to the compensation to be paid to the Debtor's counsel, so long as any such request is filed before the expiration of fourteen (14) days after the entry of this order, and to enter any order pertaining thereto which may be appropriate under the circumstances.

IT IS FURTHER ORDERED that any wage withholding orders previously entered in this case are hereby terminated.

IT IS FURTHER ORDERED that any funds remaining on deposit with the Chapter 13 Trustee shall be distributed in accordance with the provisions of the confirmed plan.

Signed on 04/15/2013

*Brenda T. Rhoades*   SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

PLA Order CNCDelq